Benjamin F. Bush, appellee, v. Louis S. Cohn, appellant. Gen. No. 26,826.

Action of forcible detainer. Verdict and judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. George B. Holmes, Judge, presiding. Heard in this court at the March term, 1921. Affirmed. Opinion filed December 19, 1921.

Henry C. Nichols, for appellant. Alfred M. Cordell, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

Martin Larson, appellee, v. James D. Hand, appellant. Gen. No. 26,835.

Action by indorsee upon a promissory note against the maker. Finding and judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in this court at the March term, 1921. Affirmed. Opinion filed December 19, 1921.

Musgrave, Oppenheim & Lee, for appellant. Roy Juul, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

Frank E. Roth, appellee, v. Charles H. Hill and Horace Wright Cook, appellants. Gen. No. 26,909.

Assumpsit for money unlawfully and tortiously held and retained by defendants. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. David M. Brothers, Judge, presiding. Heard in this court at the March term, 1921. Reversed and remanded. Opinion filed December 19, 1921.

Cutting, Moore & Sidley, for appellants. Busch, Leesman & Roemer, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

Michigan Star Furniture Company, defendant in error, v. George F. Kerns Lumber Company, plaintiff in error. Gen. No. 25,853.

Action for damages for failure to deliver lumber. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. Charles A. Williams, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed December 21, 1921. Rehearing denied January 4, 1922.

Parker & King, for plaintiff in error; George G. King, of counsel. Herbert A. Schryver, for defendant in error.

Mr. Presiding Justice O'Connor delivered the opinion of the court.